J. S. HOWARD, *et al.,* v. C. A. ROBERTS, as Administrator of the Estate of Mrs. M. E. Roberts, Deceased.

169 So. 486.
Division B.
Opinion Filed July 17, 1936.

*Joe Hill Williams,* for Appellants;
*Knight & Knight,* for Appellee.

PER CURIAM.—The pleadings, briefs and ultimate questions presented in this case are in all material respects par-

allel and similar to those presented in the foregoing case of J. S. Howard and his wife, Ethel R. Howard, v. C. A. Roberts, filed this date. The judgment below is accordingly affirmed on authority of the last entitled cause.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.